DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAMED KIAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2370

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2022-CF-002973-AXXX-MB.

Daniel Eisinger, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***